[Civil No. 2193.   Filed May 22, 1925.]

[235 Pac. 1117.]

F. W. BROWN and MARTHA BROWN, His Wife, Appellants, v. CHARLES A. PETERSON, Appellee.

ON MOTION FOR REHEARING.

(For opinion, see 27 Ariz. 418, 233 Pac. 895.)

APPEAL from a judgment of the Superior Court of the County of Maricopa. · J. S. Jenckes, Judge. Motion denied.

Messrs. Dougherty & Dougherty, for Appellants.

Messrs. Allen & Alldredge and Mr. John L. Gust, for Appellee.

LOCKWOOD, J.—We have examined carefully the petition for rehearing in the above-entitled action. No new points have been suggested in the petition, and we see no reason to recede from the position taken by us in the original opinion. In justice to Messrs. Dougherty & Dougherty, attorneys for appellants, however, and at their request, we think we should make the statement that they did not represent the plaintiff herein in the transaction upon which this suit is based. Their connection with the

matter commenced with the filing of this particular case. The motion for rehearing is denied.

McALISTER, C. J., and ROSS, J., concur.